
1001 Bishop Street, Suite 1800
Honolulu, HI 96813
(808) 524-1800
Honolulu, HI 96813
Tel: (808) 524-1800
Fax: (808) 524-4591
e-mail: info@ahfi.com
www.ahfi.com
Federal I.D. # 99-0287757
Hawaii I.D. # 10438996

THE ISLANDER GROUP, INC.  January 14, 2014
c/o CHRISTOPHER D. MICKUS, ESQ.  **Invoice No. 333677**
NEAL GERBER EISENBERG LLP
TWO NORTH LASALLE STREET, SUITE 1700
CHICAGO, IL 60602-3801

For Legal Services Rendered through December 2013

Re:   SWIMWAYS - defamation/tortious interference
      11117-0001

| Date | By | Description | Time |
|---|---|---|---|
| 12/16/13 | LKYI | email from and to E. Choi re motion to compel; review and comment on motion to compel; timing of filing; emails with Kee Campbell re notice of hearing procedure in magistrate judges' court; emails to and from E. Choi re procedure, filing under seal | 0.30 |
| 12/16/13 | KECA | analyze the local rules to determine whether District Court of Hawaii would allow the filing of a motion to compel without setting a specific hearing date | 0.50 |
| 12/17/13 | LKYI | email to E. Choi re procedure for filing documents under seal; email from and to C. Mickus, K. Campbell to confirm procedure for filing under seal; email from E. Choi with motion to compel and exhibits and coordinate preparation of motion to seal; review and comment on motion to seal | 0.50 |
| 12/17/13 | KECA | draft ex parte motion to seal exhibit 8 to motion to compel; research and analyze standard for sealing documents (NO CHARGE FOR 1.5 HR) | 3.30 |
| 12/17/13 | KECA | research and analyze procedure for sealing documents in Federal District Court of Hawaii to aid counsel in sealing exhibit 8 to motion to compel | 1.00 |
| 12/18/13 | LKYI | email from and to C. Mickus, E. Choi re revisions to ex parte motion; review with K. Campbell standards under Kamakana and revisions to be made; review and approve ex parte motion to seal, motion to compel; email to C. Mickus, E. Choi re District of Hawai`i formatting conventions; telephone conference with E. Choi re logistics for filing motion to compel and ex parte motion; coordinate revising, finalizing, filing with K. Campbell; email from and to C. Mickus re reasons for 12/19 filing | 1.40 |

EXHIBIT 2

| Date | By | Description | Time |
|---|---|---|---|
| 12/18/13 | KECA | revise ex parte motion to seal; review and analyze co-counsel's changes to motion after further reviewing the Kamakana case | 0.90 |
| 12/18/13 | KECA | revise motion to compel; ensure proper exhibits are attached to motions; analyze whether motion should be separate from memo in support; research procedure for sealing documents under local rules (NO CHARGE FOR 2.7 HR) | 1.00 |
| 12/18/13 | KECA | draft declaration of L. Ing for motion to compel | 1.10 |
| 12/18/13 | KECA | final proof read of motion to compel and ex parte motion to seal | 1.60 |
| 12/19/13 | LKYI | revise and finalize Ing declaration; reorganize exhibits; review and revise motion and memorandum re motion to compel; update C. Mickus, E. Choi | 1.00 |

| By | | Rate | Time | Amount |
|---|---|---|---|---|
| LKYI | LOUISE K. Y. ING - PARTNER | 370.00 | 3.20 | 1,184.00 |
| KECA | KEE M CAMPBELL - ASSOCIATE | 185.00 | 9.40 | 1,739.00 |
| **Legal Services** | | | 12.60 | **$2,923.00** |

(Reflects a NO CHARGE amount of $777.00)

State Excise Tax     137.73

**Fee Subtotal**     **$3,060.73**

| Date | Description | Rate | Quantity | Amount |
|---|---|---|---|---|
| | PHOTOCOPIES | 0.10 | 804 | 80.40 |
| | MESSENGER | 3.00 | 6 | 18.00 |
| **Cost Subtotal** | | | | **$98.40** |

98.40 Taxable + 0.00 Non-Taxable

State Excise Tax     4.64

**Cost Subtotal**     **$103.04**

**Invoice Total**     **$3,163.77**