LOUISE K. Y. ING        2394
MICHELLE N. COMEAU      9550
ALSTON HUNT FLOYD & ING
1001 Bishop Street, Suite 1800
Honolulu, Hawai`i  96813
Telephone: (808) 524-1800
Facsimile:  (808) 524-4591
E-mail:   ling@ahfi.com
          mcomeau@ahfi.com

CHRISTOPHER D. MICKUS   *Admitted pro hac vice*
LEE J. EULGEN           *Admitted pro hac vice*
LAWRENCE E. JAMES, JR.  *Admitted pro hac vice*
NEAL, GERBER & EISENBERG LLP
2 North LaSalle Street, Suite 1700
Chicago, Illinois  60602
Telephone:  (312) 269-8000
Facsimile:  (312) 578-2816
E-mail:   CMickus@ngelaw.com
          LEulgen@ngelaw.com
          LJames@ngelaw.com

Attorneys for Plaintiff
THE ISLANDER GROUP, INC

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| THE ISLANDER GROUP, INC.,<br><br>     Plaintiff,<br><br>   vs.<br><br>SWIMWAYS CORPORATION,<br>PACIFIC SOUVENIR GROUP, INC.,<br>dba HAWAII INTERCONTINENTAL<br>CORPORATION, NICHOLAS<br>CORISH and GERALD SUR, | Case No. CV13-00094 LEK RLP<br>(Other Civil Action)<br><br>**STIPULATION FOR DISMISSAL<br>WITH PREJUDICE OF ALL<br>CLAIMS AND PARTIES AND<br>ORDER**<br><br><br>Trial:   September 3, 2014 (Vacated)<br>Judge:  Hon. Leslie E. Kobayashi |

906969v1/11117-1

Defendants.

---

SWIMWAYS CORPORATION,

    Counter-Plaintiff,

  vs.

THE ISLANDER GROUP, INC.,

    Counter-Defendant.

## STIPULATION FOR DISMISSAL WITH PREJUDICE
## OF ALL CLAIMS AND PARTIES

IT IS HEREBY STIPULATED by and between Plaintiff THE

ISLANDER GROUP, INC. ("Islander Group"), Defendant SWIMWAYS

CORPORATION ("Swimways"), Defendant PACIFIC SOUVENIR GROUP,

INC., dba HAWAII INTERCONTINENTAL CORPORATION, Defendant

NICHOLAS CORISH, and Defendant GERALD SUR that Islander Group's

Complaint, filed February 27, 2013 (Dkt. No. 1), as amended by the Amended

Complaint filed July 23, 2013 (Dkt. No. 68); Swimways' Counterclaims, filed on

February 27, 2013 (Dkt. No. 1) and August 8, 2013 (Dkt. No. 74); and Islander

Group's Counterclaim to Defendant Swimways Corporation's Counterclaim, filed

September 3, 2013 (Dkt. No. 77), are dismissed with prejudice.  This Stipulation is

made pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and

Rule 41.1 of the Local Rules of Practice for the United States District Court for the District of Hawai`i.

There are no remaining claims or parties.  Each party shall bear its own costs and attorneys' fees.  This Stipulation is signed by counsel for all parties that have appeared in this action.  Trial was set for September 3, 2014, before the Honorable Leslie E. Kobayashi in this action.  This Court shall retain jurisdiction to enforce the settlement agreement in this action.

DATED: Honolulu, Hawai`i, August 14, 2014.


    /s/ Michelle N. Comeau
LOUISE K. Y. ING
MICHELLE N. COMEAU

CHRISTOPHER D. MICKUS
LEE J. EULGEN
LAWRENCE E. JAMES, JR.

Attorneys for Plaintiff
THE ISLANDER GROUP, INC.

DATED: Honolulu, Hawai`i, August 14, 2014.


    /s/ James C. McWhinnie
JAMES C. McWHINNIE
BETHANY C.K. ACE

JONATHAN L. ORTIZ
WADE J. KATANO
CHRISTINE S. PREPOSE-KAMIHARA

CRAIG L. MYTELKA (*pro hac vice*)

Attorneys for Defendant/Counterclaimant
SWIMWAYS CORPORATION

DATED: Honolulu, Hawai`i, August 14, 2014.


    /s/ Randall Y. Yamamoto
RANDALL Y. YAMAMOTO

Attorneys for Defendant
PACIFIC SOUVENIR GROUP, INC. dba
HAWAII INTERCONTINENTAL
CORPORATION

DATED: Honolulu, Hawai`i, August 14, 2014.


    /s/ Robert P. Richards
ROBERT P. RICHARDS

Attorney for Defendant
NICHOLAS CORISH

DATED: Honolulu, Hawai`i, August 14, 2014.


_____/s/ Cary T. Tanaka_____
CARY T. TANAKA
GREG H. TAKASE
DAWN M. NAKAGAWA

Attorneys for Defendant
GERALD SUR

APPROVED AND SO ORDERED:



_/s/ Leslie E. Kobayashi_____
Leslie E. Kobayashi
United States District Judge

_____
*The Islander Group, Inc. v. SwimWays Corporation, et al.,* Civil No. 13-00094 LEK-RLP;
STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES AND
ORDER